FILED
2015 Sep-25  PM 03:15
U.S. DISTRICT COURT
N.D. OF ALABAMA



GJ#22
JWV/GRD: OCT 2015

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### <u>SOUTHERN DIVISION</u>

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) **Case No.: 2:15-cr-283-RDP-HGD** |
| | ) **[SUPERSEDING INDICTMENT]** |
| **PATRICK DEWAYNE HALL,** | ) **[UNDER SEAL]** |
| also known as | ) |
| *"Pat,"* | ) |
| **LOVODAS DEANGELO BLAKE,** | ) |
| also known as | ) |
| *"Bo," "BoMo,"* and *"Dee Dee,"* | ) |
| **ERIC DEMOND HALL,** | ) |
| also known as | ) |
| *"E," "E Sosa,"* and *"Sosa,"* | ) |
| **JESSTIFUR JAHALIA FERRARI** | ) |
| **HURST,** | ) |
| also known as | ) |
| *"Leer Jet," "Leer," "Jahleer,"* and *"Jet,"* | ) |
| **JESSE TYRONE HURST,** | ) |
| also known as | ) |
| *"Bat,"* and *"Batman,"* | ) |
| **DAVID WAYNE MCDANIEL,** | ) |
| also known as | ) |
| *"Northside Weezy"* | ) |
| **ROBERT LYNN THOMAS, JR.,** | ) |
| also known as | ) |
| *"Trap,"* | ) |
| **DEANDRE JADARIUS HALL,** | ) |
| also known as | ) |
| *"Dre,"* and *"Profit,"* | ) |
| **ROYCE THERMON JOHNSON,** | ) |
| also known as | ) |
| *"Rossie,"* and *"Scoe,"* | ) |
| **TEDDY TONELL DAVIS,** | ) |
| also known as | ) |

"*Fresh*,"                                   )
**BRANDON DION LEWIS,**                       )
**JAMES MARION ROBINSON, III,**               )
**COREY LIONEL PITTS,**                       )
    **also known as**       )
    "*Mac*,"               )
**RODRIQUS TYRONE STURDIVANT,**               )
    **also known as**       )
    "*Dreek*,"             )
**ANTHONY DEJUAN WILLIAMS,**                  )
**JUSTICE MARTINIQUE HOLDEN,**                )
**JESSICA SEYGOREE HURST,**                   )
**DEANGELA KAY MCDANIEL,**                    )
    **also known as**       )
    "*Dee Kay*,"           )
**SONJA DENISE MITCHELL,**                    )
    **also known as**       )
    "*Momma*,"             )
**CANDIDA ARROYO LEIMAKAMAE**                 )
**OCASIO,**                                   )
**FIRST NAME UNKNOWN (FNU)**                  )
**LAST NAME UNKNOWN (LNU),**                  )
    **also known as**       )
    "*Tweety*,"            )
**ISRAEL BRAVO OLASOAGAR,**                   )
    **also known as**       )
    "*Migo*,"              )
**LENA KENYA IRVINE**                         )
**PATRICIA ANN NELSON**                       )
**GERLINE A. JONES**                          )

2

# I N D I C T M E N T

## COUNT ONE:  [21 U.S.C. §§ 846, 841(a)(1), (b)(1)(A), (b)(1)(B), and (b)(1)(C)]

The Grand Jury charges that:

1.     From in or about January, 2012, to on or about the 3rd day of August, 2015, more exact dates being unknown to the Grand Jury, in Jefferson County, within the Northern District of Alabama, and elsewhere, the defendants,

**PATRICK DEWAYNE HALL,**
**also known as**
**"*Pat*,"**
**LOVODAS DEANGELO BLAKE,**
**also known as**
**"*Bo*," "*BoMo*," and "*Dee Dee*,"**
**ERIC DEMOND HALL,**
**also known as**
**"*E*," "*E Sosa*," and "*Sosa*,"**
**JESSTIFUR JAHALIA FERRARI HURST,**
**also known as**
**"*Leer Jet*," "*Leer*," "*Jahleer*," and "*Jet*,"**
**JESSE TYRONE HURST,**
**also known as**
**"*Bat*," and "*Batman*,"**
**DAVID WAYNE MCDANIEL,**
**also known as**
**"*Northside Weezy*,"**
**ROBERT LYNN THOMAS, JR.,**
**also known as**
**"*Trap*,"**
**DEANDRE JADARIUS HALL,**
**also known as**
**"*Dre*," and "*Profit*,"**
**ROYCE THERMON JOHNSON,**
**also known as**

3

**"*Rossie*," and "*Scoe*,"**
**TEDDY TONELL DAVIS,**
**also known as**
**"*Fresh*,"**
**BRANDON DION LEWIS,**
**JAMES MARION ROBINSON, III,**
**COREY LIONEL PITTS,**
**also known as**
**"*Mac*,"**
**RODRIQUS TYRONE STURDIVANT,**
**also known as**
**"*Dreek*,"**
**ANTHONY DEJUAN WILLIAMS,**
**JUSTICE MARTINIQUE HOLDEN,**
**JESSICA SEYGOREE HURST,**
**DEANGELA KAY MCDANIEL,**
**also known as**
**"*Dee Kay*,"**
**SONJA DENISE MITCHELL,**
**also known as**
**"*Momma*,"**
**CANDIDA ARROYO LEIMAKAMAE OCASIO,**
**FIRST NAME UNKNOWN (FNU) LAST NAME UNKNOWN (LNU),**
**also known as**
**"*Tweety*,"**
**and**
**ISRAEL BRAVO OLASOAGAR,**
**also known as**
**"*Migo*,"**

did knowingly, intentionally, and unlawfully conspire and agree with each other,

and with others both known and unknown to the Grand Jury, to knowingly,

intentionally, and unlawfully possess with the intent to distribute and to distribute a

mixture and substance containing a detectible amount of heroin, a mixture and

substance containing a detectible amount of cocaine hydrochloride, and a mixture

and substance containing a detectible amount of cocaine base, more commonly

referred to as "crack" cocaine, each a controlled substance, in violation of Title 21,

United States Code, Sections 841(a)(1) and (b)(1)(C).

2.     The Grand Jury further makes the following special findings as to the

amounts of heroin, cocaine hydrochloride, and "crack" cocaine involved in the

conspiracy:

a.     With respect to defendants Patrick Dewayne Hall, Lovodas
Deangelo Blake, Eric Demond Hall, Jesstifur Jahalia Ferrari
Hurst, Jesse Tyrone Hurst, David Wayne McDaniel, Robert
Lynn Thomas, Jr., Deandre Jadarius Hall, Royce Thermon
Johnson, Brandon Dion Lewis, and Corey Lionel Pitts, the
amount involved in the conspiracy attributable to each as a
result of his own conduct, and the conduct of other conspirators
reasonably foreseeable to him, is 1,000 grams or more of a
mixture and substance containing a detectable amount of heroin,
a controlled substance, in violation of Title 21, United States
Code, Section 841(b)(1)(A);

b.     With respect to defendant Deangela Kay McDaniel, the amount
involved in the conspiracy attributable to her as a result of her
own conduct, and the conduct of other conspirators reasonably
foreseeable to her, is 100 grams or more of a mixture and
substance containing a detectable amount of heroin, a controlled
substance, in violation of Title 21, United States Code, Section
841(b)(1)(B).

c.     With respect to defendants Patrick Dewayne Hall, Lovodas
Deangelo Blake, Eric Demond Hall, Jesstifur Jahalia Ferrari
Hurst, David Wayne McDaniel, Deandre Jadarius Hall, Teddy
Tonell Davis, James Marion Robinson, III, Rodriqus Tyrone

Sturdivant, Anthony Dejuan Williams, Sonja Denise Mitchell, Candida Arroyo Leimakamae Ocasio, First Name Unknown (FNU) Last Name Unknown (LNU), also known as "Tweety," and Israel Bravo Olasoagar, the amount involved in the conspiracy attributable to each as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him or her, is five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine hydrochloride, a controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(A);

d.    With respect to defendant Brandon Dion Lewis, the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is 500 grams or more of a mixture and substance containing a detectable amount of cocaine hydrochloride, a controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(B);

e.    With respect to defendants Patrick Dewayne Hall, Lovodas Deangelo Blake, and Jesstifur Jahalia Ferrari Hurst, the amount involved in the conspiracy attributable to each as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is two-hundred and eighty (280) grams or more of a mixture and substance containing a detectable amount of cocaine base, more commonly known as "crack" cocaine, a controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(A);

All in violation of Title 21, United States Code, Section 846.


**COUNT TWO: [21 U.S.C. §§ 841(a)(1) and (b)(1)(C)]**

The Grand Jury charges that:

On or about the 6th day of October, 2014, in Jefferson County, within the

Northern District of Alabama, the defendant,

**JESSTIFUR JAHALIA FERRARI HURST,**
**also known as**
**"*Leer Jet*," "*Leer*," "*Jahleer*," and "*Jet*,"**

did knowingly, intentionally, and unlawfully distribute a mixture and substance

containing a detectible amount of cocaine hydrochloride, a controlled substance, in

violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT THREE: [21 U.S.C. §§ 841(a)(1) and (b)(1)(C)]

The Grand Jury charges that:

On or about the 4th day of March, 2015, in Jefferson County, within the

Northern District of Alabama, the defendant,

**JESSTIFUR JAHALIA FERRARI HURST,**
**also known as**
**"*Leer Jet*," "*Leer*," "*Jahleer*," and "*Jet*,"**

did knowingly, intentionally, and unlawfully distribute a mixture and substance

containing a detectible amount of heroin, a controlled substance, in violation of

Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT FOUR: [21 U.S.C. §§ 841(a)(1) and (b)(1)(C)]

The Grand Jury charges that:

On or about the 7th day of April, 2015, in Jefferson County, within the

Northern District of Alabama, the defendants,

**JESSTIFUR JAHALIA FERRARI HURST,**
**also known as**
**"*Leer Jet*," "*Leer*," "*Jahleer*," and "*Jet*"**
**and**
**ROYCE THERMON JOHNSON,**
**also known as**
**"*Rossie*," and "*Scoe*,"**

did knowingly, intentionally, and unlawfully possess with the intent to distribute

and distribute a mixture and substance containing a detectible amount of heroin, a

controlled substance, in violation of Title 21, United States Code, Sections

841(a)(1) and (b)(1)(C).

**COUNT FIVE: [21 U.S.C. §§ 841(a)(1) and (b)(1)(C)]**

The Grand Jury charges that:

On or about the 27th day of May, 2015, in Jefferson County, within the

Northern District of Alabama, the defendant,

**LOVODAS DEANGELO BLAKE,**
**also known as**
**"*Bo*," "*BoMo*," and "*Dee Dee*,"**

did knowingly, intentionally, and unlawfully distribute a mixture and substance

containing a detectible amount of cocaine hydrochloride, a controlled substance, in

violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT SIX: [21 U.S.C. §§ 841(a)(1) and (b)(1)(C)]

The Grand Jury charges that:

On or about the 29th day of May, 2015, in Jefferson County, within the

Northern District of Alabama, the defendant,

**JESSTIFUR JAHALIA FERRARI HURST,**
**also known as**
**"*Leer Jet*," "*Leer*," "*Jahleer*," and "*Jet*,"**

did knowingly, intentionally, and unlawfully distribute a mixture and substance

containing a detectible amount of heroin, a controlled substance, in violation of

Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT SEVEN: [21 U.S.C. §§ 841(a)(1) and (b)(1)(C)]

The Grand Jury charges that:

On or about the 8th day of July, 2015, in Jefferson County, within the

Northern District of Alabama, the defendants,

**JESSE TYRONE HURST,**
**also known as**
**"*Bat*," and "*Batman*"**
**and**
**ERIC DEMOND HALL,**
**also known as**
**"*E*," "*E Sosa*," and "*Sosa*,"**

did knowingly, intentionally, and unlawfully possess with the intent to distribute

and distribute a mixture and substance containing a detectible amount of heroin, a

9

controlled substance, in violation of Title 21, United States Code, Sections

841(a)(1) and (b)(1)(C).

**COUNT EIGHT:** **[21 U.S.C. §§ 841(a)(1) and (b)(1)(B)]**

     The Grand Jury charges that:

     On or about the 30th day of July, 2015, in Jefferson County, within the

Northern District of Alabama, the defendants,

**SONJA DENISE MITCHELL,**
**also known as**
**"*Momma*,"**
**CANDIDA ARROYO LEIMAKAMAE OCASIO,**
**and**
**FIRST NAME UNKNOWN (FNU) LAST NAME UNKNOWN (LNU),**
**also known as**
**"*Tweety*,"**

did knowingly, intentionally, and unlawfully possess with the intent to distribute

500 grams or more of a mixture and substance containing a detectible amount of

cocaine hydrochloride, a controlled substance, in violation of Title 21, United States

Code, Sections 841(a)(1) and (b)(1)(B).

**COUNT NINE:** **[21 U.S.C. §§ 841(a)(1) and (b)(1)(A)]**

     The Grand Jury charges that:

     On or about the 1st day of August, 2015, in Jefferson County, within the

Northern District of Alabama, the defendants,

**PATRICK DEWAYNE HALL,**
**also known as**
***"Pat,"***
**LOVODAS DEANGELO BLAKE,**
**also known as**
***"Bo," "BoMo," and "Dee Dee,"***
**and**
**ISRAEL BRAVO OLASOAGAR,**
**also known as**
***"Migo,"***

did knowingly, intentionally, and unlawfully possess with the intent to distribute

five (5) kilograms or more of a mixture and substance containing a detectible

amount of cocaine hydrochloride, a controlled substance, in violation of Title 21,

United States Code, Sections 841(a)(1) and (b)(1)(A).

## COUNTS TEN through SEVENTY-ONE: [21 U.S.C. § 843(b)]

The Grand Jury charges:

1.      That on or about the date and time listed below, in Jefferson County,

within the Northern District of Alabama, and elsewhere, the defendant(s), as more

specifically identified herein, did knowingly, intentionally, and unlawfully use a

communication facility, that being, a telephone, to facilitate the commission of a

felony that is a drug trafficking crime, that is, the drug trafficking crimes, alleged in

Counts One, Two, Three, Four, Five, Six, Seven, Eight, and Nine of this

Superseding Indictment, in violation of Title 21, United States Code, Section

843(b).

2.      The allegations set forth in paragraph 1, above, are hereby realleged

and incorporated by reference for each of the following counts, as though fully set

forth therein:

| COUNT | DATE | TIME | DEFENDANT(S) |
|---|---|---|---|
| 10 | 05/21/2015 | 5:55 p.m. | JESSTIFUR JAHALIA FERRARI HURST and JUSTICE MARTINIQUE HOLDEN |
| 11 | 05/22/2015 | 10:36 a.m. | JESSTIFUR JAHALIA FERRARI HURST and JUSTICE MARTINIQUE HOLDEN |
| 12 | 05/22/2015 | 11:05 a.m. | JESSTIFUR JAHALIA FERRARI HURST and JESSICA SEYGOREE HURST |
| 13 | 05/23/2015 | 1:45 p.m. | JESSTIFUR JAHALIA FERRARI HURST and JUSTICE MARTINIQUE HOLDEN |
| 14 | 05/23/2015 | 1:57 p.m. | JESSTIFUR JAHALIA FERRARI HURST and JESSICA SEYGOREE HURST |
| 15 | 05/23/2015 | 4:23 p.m. | JESSTIFUR JAHALIA FERRARI HURST and DAVID WAYNE MCDANIEL |
| 16 | 05/24/2015 | 12:51 p.m. | JESSTIFUR JAHALIA FERRARI HURST and ERIC DEMOND HALL |
| 17 | 05/26/2015 | 6:15 p.m. | JESSTIFUR JAHALIA FERRARI HURST and JESSICA SEYGOREE HURST |
| 18 | 05/27/2015 | 3:38 p.m. | JESSTIFUR JAHALIA FERRARI HURST and JUSTICE MARTINIQUE HOLDEN |
| 19 | 05/30/2015 | 12:23 p.m. | JESSTIFUR JAHALIA FERRARI HURST and ANTHONY DEJUAN WILLIAMS |
| 20 | 05/30/2015 | 12:25 p.m. | JESSTIFUR JAHALIA FERRARI HURST and TEDDY TONELL DAVIS |
| 21 | 05/30/2015 | 3:55 p.m. | JESSTIFUR JAHALIA FERRARI HURST |
| 22 | 06/01/2015 | 5:53 p.m. | JESSTIFUR JAHALIA FERRARI HURST and COREY LIONEL PITTS |
| 23 | 06/01/2015 | 8:15 p.m. | JESSTIFUR JAHALIA FERRARI HURST and DAVID WAYNE MCDANIEL |

| 24 | 06/08/2015 | 7:22 p.m. | JESSTIFUR JAHALIA FERRARI HURST |
|---|---|---|---|
| 25 | 06/08/2015 | 9:35 p.m. | JESSTIFUR JAHALIA FERRARI HURST and LOVODAS DEANGELO BLAKE |
| 26 | 06/09/2015 | 10:10 a.m. | JESSTIFUR JAHALIA FERRARI HURST and ROYCE THERMON JOHNSON |
| 27 | 06/11/2015 | 11:28 a.m. | JESSTIFUR JAHALIA FERRARI HURST |
| 28 | 06/11/2015 | 5:18 p.m. | JESSTIFUR JAHALIA FERRARI HURST and ERIC DEMOND HALL |
| 29 | 06/17/2015 | 1:34 p.m. | JESSTIFUR JAHALIA FERRARI HURST and ROBERT LYNN THOMAS, JR. |
| 30 | 06/18/2015 | 9:37 p.m. | ERIC DEMOND HALL and DEANDRE JADARIUS HALL |
| 31 | 06/19/2015 | 4:19 p.m. | LOVODAS DEANGELO BLAKE and BRANDON DION LEWIS |
| 32 | 06/19/2015 | 5:57 p.m. | ERIC DEMOND HALL and LOVODAS DEANGELO BLAKE |
| 33 | 06/20/2015 | 2:36 p.m. | ERIC DEMOND HALL and PATRICK DEWAYNE HALL |
| 34 | 06/22/2015 | 12:22 p.m. | ERIC DEMOND HALL and DEANDRE JADARIUS HALL |
| 35 | 06/22/2015 | 8:21 p.m. | LOVODAS DEANGELO BLAKE and PATRICK DEWAYNE HALL |
| 36 | 06/22/2015 | 8:26 p.m. | LOVODAS DEANGELO BLAKE and PATRICK DEWAYNE HALL |
| 37 | 06/22/2015 | 11:02 p.m. | ERIC DEMOND HALL and DAVID WAYNE MCDANIEL |
| 38 | 06/23/2015 | 12:58 p.m. | LOVODAS DEANGELO BLAKE and ERIC DEMOND HALL |
| 39 | 06/23/2015 | 2:45 p.m. | LOVODAS DEANGELO BLAKE and COREY LIONEL PITTS |
| 40 | 06/24/2015 | 2:47 p.m. | ERIC DEMOND HALL and DEANDRE JADARIUS HALL |
| 41 | 06/24/2015 | 4:20 p.m. | ERIC DEMOND HALL and DEANDRE JADARIUS HALL |

| 42 | 06/24/2015 | 9:17 p.m. | LOVODAS DEANGELO BLAKE and JESSTIFUR JAHALIA FERRARI HURST |
| 43 | 06/26/2015 | 8:51 p.m. | LOVODAS DEANGELO BLAKE and JESSTIFUR JAHALIA FERRARI HURST |
| 44 | 06/29/2015 | 5:40 p.m. | LOVODAS DEANGELO BLAKE and BRANDON DION LEWIS |
| 45 | 06/30/2015 | 4:10 p.m. | ERIC DEMOND HALL and RODRIQUS TYRONE STURDIVANT |
| 46 | 06/30/2015 | 4:13 p.m. | ERIC DEMOND HALL and RODRIQUS TYRONE STURDIVANT |
| 47 | 07/01/2015 | 12:02 p.m. | ERIC DEMOND HALL and RODRIQUS TYRONE STURDIVANT |
| 48 | 07/02/2015 | 7:33 p.m. | LOVODAS DEANGELO BLAKE and JAMES MARION ROBINSON, III |
| 49 | 07/03/2015 | 1:07 p.m. | ERIC DEMOND HALL and TEDDY TONELL DAVIS |
| 50 | 07/03/2015 | 4:14 p.m. | LOVODAS DEANGELO BLAKE and DEANDRE JADARIUS HALL |
| 51 | 07/05/2015 | 4:00 p.m. | LOVODAS DEANGELO BLAKE and ROYCE THERMON JOHNSON |
| 52 | 07/05/2015 | 4:38 p.m. | ERIC DEMOND HALL and DEANGELA KAY MCDANIEL |
| 53 | 07/06/2015 | 4:34 p.m. | ERIC DEMOND HALL and JESSTIFUR JAHALIA FERRARI HURST |
| 54 | 07/07/2015 | 12:00 a.m. | ERIC DEMOND HALL and RODRIQUS TYRONE STURDIVANT |
| 55 | 07/09/2015 | 7:03 p.m. | ERIC DEMOND HALL and DEANGELA KAY MCDANIEL |
| 56 | 07/10/2015 | 12:02 p.m. | ERIC DEMOND HALL and DAVID WAYNE MCDANIEL |
| 57 | 07/17/2015 | 2:30 p.m. | LOVODAS DEANGELO BLAKE and JESSTIFUR JAHALIA FERRARI HURST |
| 58 | 07/18/2015 | 10:18 a.m. | PATRICK DEWAYNE HALL and FNU LNU a/k/a "Tweety" |
| 59 | 07/20/2015 | 9:18 p.m. | PATRICK DEWAYNE HALL and SONJA DENISE MITCHELL |

| 60 | 07/21/2015 | 6:27 p.m. | PATRICK DEWAYNE HALL and SONJA DENISE MITCHELL |
| 61 | 07/21/2015 | 7:58 p.m. | LOVODAS DEANGELO BLAKE and ROYCE THERMON JOHNSON |
| 62 | 07/24/2015 | 3:45 p.m. | LOVODAS DEANGELO BLAKE and BRANDON DION LEWIS |
| 63 | 07/25/2015 | 9:58 p.m. | LOVODAS DEANGELO BLAKE and TEDDY TONELL DAVIS |
| 64 | 07/27/2015 | 7:04 p.m. | PATRICK DEWAYNE HALL and ANTHONY DEJUAN WILLIAMS |
| 65 | 07/29/2015 | 8:55 p.m. | PATRICK DEWAYNE HALL and FNU LNU a/k/a "Tweety" |
| 66 | 07/29/2015 | 10:13 p.m. | PATRICK DEWAYNE HALL and ANTHONY DEJUAN WILLIAMS |
| 67 | 07/30/2015 | 1:46 a.m. | PATRICK DEWAYNE HALL and FNU LNU a/k/a "Tweety" |
| 68 | 07/30/2015 | 2:03 a.m. | PATRICK DEWAYNE HALL and LENA KENYA IRVINE |
| 69 | 07/30/2015 | 8:39 p.m. | PATRICK DEWAYNE HALL and LOVODAS DEANGELO BLAKE |
| 70 | 08/01/2015 | 7:40 p.m. | PATRICK DEWAYNE HALL and ISRAEL BRAVO OLASOAGAR |
| 71 | 08/01/2015 | 10:50 p.m. | PATRICK DEWAYNE HALL and ISRAEL BRAVO OLASOAGAR |

## COUNT SEVENTY-TWO:   [18 U.S.C. §§ 1956(h) and 1956(a)(1)(B)(i)]

The Grand Jury charges that:

1.     From on or about the 1st day of January, 2012, through on or about the 3rd day of August, 2015, more exact dates being unknown to the Grand Jury, in Jefferson County, within the Northern District of Alabama, and elsewhere, the defendants,

15

**PATRICK DEWAYNE HALL**,
**also known as**
*"Pat,"*
**BRANDON DION LEWIS**,
**LENA KENYA IRVINE,**
**PATRICIA ANN NELSON,**
**and**
**GERLINE A. JONES,**

as more specifically set out below, did knowingly, intentionally, and unlawfully

combine, conspire, and agree with each other and with other persons, both known

and unknown to the Grand Jury, to knowingly conduct, or attempt to conduct, a

financial transaction affecting interstate and foreign commerce, involving proceeds

of a specified unlawful activity, that is, Conspiracy to Possess with the Intent to

Distribute and to Distribute a Controlled Substance, as charged in Count One of this

Indictment, to wit:

2.      That from on or about the 28th day of March, 2013, to on or about the

5th day of March, 2015, the defendants, PATRICK DEWAYNE HALL, also known

as "Pat," and BRANDON DION LEWIS, did knowingly, intentionally, and

unlawfully combine, conspire, and agree with each other and with other persons,

both known and unknown to the Grand Jury, to conduct a financial transaction to

purchase a Harley Davidson FLTRX motorcycle from Rider's Harley Davidson in

Trussville, Alabama, knowing that the financial transaction was designed in whole

or in part to conceal and disguise the nature, location, source, ownership, and

control of the proceeds of the specified unlawful activity, and that while conducting and attempting to conduct such financial transactions, knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i);

3.     That from on or about 28th day of June, 2013, to on or about the 10th day of April, 2015, the defendants, PATRICK DEWAYNE HALL, also known as "Pat," and PATRICIA ANN NELSON, did knowingly, intentionally, and unlawfully combine, conspire, and agree with each other and with other persons, both known and unknown to the Grand Jury, to conduct a financial transaction to purchase a 2013 Mercedes SL550 from Crown Automobile Co., Inc., in Hoover, Alabama, knowing that the financial transaction was designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of the specified unlawful activity, and that while conducting and attempting to conduct such financial transactions, knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i);

4.     That from on or about 1st day of June, 2014, to on or about the 3rd day of August, 2015, the defendants, PATRICK DEWAYNE HALL, also known as

17

"Pat," and GERLINE A. JONES, did knowingly, intentionally, and unlawfully combine, conspire, and agree with each other and with other persons, both known and unknown to the Grand Jury, to conduct a financial transaction to purchase real property located at 3909 35th Avenue North, Birmingham, Alabama 35217, knowing that the financial transaction was designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of the specified unlawful activity, and that while conducting and attempting to conduct such financial transactions, knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i); and

5.      That from on or about 23rd day of April, 2014, to on or about the 3rd day of August, 2015, the defendants, PATRICK DEWAYNE HALL, also known as "Pat," and LENA KENYA IRVINE, did knowingly, intentionally, and unlawfully combine, conspire, and agree with each other and with other persons, both known and unknown to the Grand Jury, to conduct a financial transaction to purchase real property located at 356 Killough Drive, Birmingham, Alabama 35215, knowing that the financial transaction was designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of the specified unlawful activity, and that while conducting and attempting to conduct

such financial transactions, knew that the property involved in the financial

transactions represented the proceeds of some form of unlawful activity, in

violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

All in violation of Title 18, United States Code, Section 1956(h).

## NOTICE OF FORFEITURE:  [21 U.S.C. § 853(a)(1) and (a)(2)]

The Grand Jury further notifies the defendants that:

1.      The allegations of Counts One through Seventy-One of this

Superseding Indictment are realleged and incorporated by reference as though set

forth fully herein for the purpose of alleging forfeiture to the United States pursuant

to the provisions of Title 21, United States Code, Sections 853(a)(1) and (a)(2).

2.      Pursuant to Rule 32.2(a), Fed. R. Crim. P., the defendants are hereby

notified that, upon conviction of one or more of the offenses alleged in Counts One

through Seventy-One of this Superseding Indictment, defendants,

**PATRICK DEWAYNE HALL,**
**also known as**
**"*Pat*,"**
**LOVODAS DEANGELO BLAKE,**
**also known as**
**"*Bo*," "*BoMo*," and "*Dee Dee*,"**
**ERIC DEMOND HALL,**
**also known as**
**"*E*," "*E Sosa*," and "*Sosa*,"**
**JESSTIFUR JAHALIA FERRARI HURST,**
**also known as**

*"Leer Jet," "Leer," "Jahleer," and "Jet,"*
**JESSE TYRONE HURST,**
**also known as**
*"Bat," and "Batman,"*
**DAVID WAYNE MCDANIEL,**
**also known as**
*"Northside Weezy,"*
**ROBERT LYNN THOMAS, JR.,**
**also known as**
*"Trap,"*
**DEANDRE JADARIUS HALL,**
**also known as**
*"Dre," and "Profit,"*
**ROYCE THERMON JOHNSON,**
**also known as**
*"Rossie," and "Scoe,"*
**TEDDY TONELL DAVIS,**
**also known as**
*"Fresh,"*
**BRANDON DION LEWIS,**
**JAMES MARION ROBINSON, III,**
**COREY LIONEL PITTS,**
**also known as**
*"Mac,"*
**RODRIQUS TYRONE STURDIVANT,**
**also known as**
*"Dreek,"*
**ANTHONY DEJUAN WILLIAMS,**
**JUSTICE MARTINIQUE HOLDEN,**
**JESSICA SEYGOREE HURST,**
**DEANGELA KAY MCDANIEL,**
**also known as**
*"Dee Kay,"*
**SONJA DENISE MITCHELL,**
**also known as**
*"Momma,"*
**CANDIDA ARROYO LEIMAKAMAE OCASIO,**
**FIRST NAME UNKNOWN (FNU) LAST NAME UNKNOWN (LNU),**

**also known as**
**"*Tweety*,"**
**and**
**ISRAEL BRAVO OLASOAGAR,**
**also known as**
**"*Migo*,"**

shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a), any property

constituting, or derived from, proceeds obtained, directly or indirectly, as a result of

the said violations and any property used, or intended to be used, in any manner or

part, to commit, or to facilitate the commission of the said violations, including but

not limited to the following:

### A.    JUDGMENT FOR PROCEEDS

A sum of money equal to at least $10,000,000 in United States currency,

representing the amount of proceeds obtained as a result of the offenses charged in

Counts One through Seventy-One of this Superseding Indictment, for which the

defendants are jointly and severally liable.

### B.    PERSONAL PROPERTY

The following personal property, more particularly described as:

(1)    A 2013 Mercedes SL550, bearing Vehicle Identification Number

(VIN) WDDJK7DA4DF020562, titled in the name of Patricia Nelson;

(2)    A 2013 Harley Davidson FLTRX motorcycle, bearing Vehicle

Identification Number (VIN) 1HD1KHM11DB656152, titled in the name

21

of Brandon Dion Lewis;

(3)     A 2006 Lexis LS430, bearing Vehicle Identification Number (VIN)

JTHBN36FX65046792, titled in the name of Jessie Escott;

(4)     A 2008 Cadillac Escalade, bearing Vehicle Identification Number

(VIN) 1GYFK66848R223809, titled in the name of Patrick Hall;

(5)     $19,080 of United States currency in the possession of Lovodas

Deangelo Blake and Patrick Dewayne Hall that was seized from a Gold

Chevrolet Tahoe driven on or about August 1, 2015.

(6)     $2,373 of United States currency seized from the person of Lovodas

Deangelo Blake on or about August 2, 2015.

C.     REAL PROPERTY

All that lot or parcel of land, together with all buildings, appurtenances,

improvements, fixtures, attachments and easements attached thereto, more

particularly described as:

Real property located at 3909 35th Avenue North, Birmingham, Alabama

35217, further described as:

> Lot 14, 15, and 16 of Block 3, according to Hillside Land
> Companies addition to Inglenook, as recorded in Map Book 15,
> Page 34 in the Probate Office of Jefferson County, Alabama,
> more particularly described as follows: begin at the NE corner
> of said 14; run thence west along the north line of said lot 14, a
> distance of 48.71 ft.; thence south parallel with the east line of

lots 14, 15, and 16 a distance of 135 ft.; thence east parallel with the north line of said lot 14, a distance of 48.71 ft. to the east line of said lot 16; thence north 135 ft. along the east lines of lots 16, 15, and 14 to the point of beginning;

Real property located at 356 Killough Drive, Birmingham, 35215, further described as:

Lot 33B, according to the resurvey of Lot 33, Killough Springs, first edition, as recorded in Map Book 135, Page 24, in the Office of the Judge of Probate of Jefferson County, Alabama;

Real property located at 4148 38th Avenue North, Birmingham, Alabama 35217, further described as:

Lot 1, Block 12, according to the Map and Survey of Inglenook Realty Company Subdivision of Boyles Highlands as recorded in Map Book 7, Page 117 and 118 in the Probate Office of Jefferson County, Alabama; being situated in Jefferson County, Alabama;

Real property located at 3529 39th Place North, Birmingham, Alabama 35217, further described as:

Lot B, according to the survey of subdivision of Lots 9 to 12, Block 3, Laurel Hill Addition to Boyles, as recorded in Map Book 9, Page 46, in the Probate Office of Jefferson County, Alabama;

Real property located at 3945 Richard Arrington Jr. Blvd., Birmingham, Alabama 35234, further described as:

Parcel I:
Lots 1, 2, 3 and 4, in Block 24, according to the Survey of East

23

Birmingham land Company, as recorded in Map Book 1, Page 7, in the Office of the Judge of Probate of Jefferson County, Alabama, more particularly described as follow:

From the intersection of the southern line of 10th Avenue, North, with the Easterly line of 12 foot alley running through said Black 24, run thence in a southeasterly direction along the easterly line of said alley for a distance of 150 feet to the point of beginning of the property here described (which point is the northwest corner of said Lot 4); from the point of beginning here described (which point is the northwest corner of said Lot 4); from the point of beginning thus obtained, run thence in an Easterly direction parallel with the southern line of said 10th Avenue to the eastern boundary line of Section 19, Township 17 South, Range 2 West; thence run South along said section line to a point where same intersects the easterly line of said alley; run thence Northwestwardly along the Easterly line of said alley to the point of beginning less and except any part of said property which lies within 40th Street North as presently laid out and constructed;

Parcel II:
Lots 5, 6, 7, in Block 24, according to the Survey of East Birmingham, as recorded in Map Book 1, Page 7, in the Office of the Judge of Probate of Jefferson County, Alabama, less and except the part of said Lots 5 and 6 conveyed to City of Birmingham for street purposes by deed recorded in Volume 4790, Page 17, in the Probate Office of said County, said excepted portion being more particularly described as follows:

Begin at the most Northerly and Easterly corner of Lot 7, in said Block 24, and run thence Southeastwardly along the Northeasterly line of said Block for a distance of 68.80 feet to the point of beginning of the parcel here described, from the point of beginning thus obtained continue Southwestwardly along the Northeasterly line of said Block 24, for a distance of 48.22 feet to a point on the East line of Section 19, Township 17 South, Range 2 West; run thence Southwardly along the East

24

line of said section for a distance of 37.92 feet Southerly line of said Lot 5 for a distance of 21.65 feet to a point on the Western edge of the paving, as now constructed; thence turn an angle of 119A°48' to the right and run Northwardly along the Western edge of the paving for a distance of 39.50 feet to the point of beginning of a curve to the left having a radius of 270.60 feet, and being subtended by a central angle of 10A°54'; run thence Northwardly along the arc of said curve, and along the Western edge of said paving a distance of 51.44 feet to the point of beginning.

3.      If any of the above-described forfeitable property, as a result of any act or omission of the defendant(s):

a.      cannot be located upon the exercise of due diligence;

b.      has been transferred, or sold to, or deposited with, a third party;

c.      has been placed beyond the jurisdiction of the court;

d.      has been substantially diminished in value; or

e.      has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant(s) up to the value of the forfeitable property described above.

All in accordance with Title 21, United States Code, Sections 853(a)(1) and (a)(2).

## NOTICE OF FORFEITURE: (18 U.S.C. § 982(a)(1))]

1.     The allegations of Count Seventy-Two of this Superseding Indictment is realleged and incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States pursuant to the provision of Title 18, United States Code, Section 982(a)(1).

2.     Pursuant to Federal Rule of Criminal Procedure 32.2(a), the defendants are hereby notified that upon conviction of Count Seventy-Two of this Superseding Indictment the defendants,

**PATRICK DEWAYNE HALL**,
**also known as**
***"Pat,"***
**BRANDON DION LEWIS**,
**LENA KENYA IRVINE,**
**PATRICIA ANN NELSON,**
**and**
**GERLINE A. JONES,**

shall forfeit to the United States any property, real or personal, involved in such offense, or any property traceable to such property, including, but not limited to, the following:

A.     PERSONAL PROPERTY

The following personal property, more particularly described as:

(1)     A 2013 Mercedes SL550, Vehicle Identification Number (VIN) WDDJK7DA4DF020562, titled in the name of Patricia Nelson;

(2)    A 2013 Harley Davidson FLTRX motorcycle, Vehicle Identification

Number (VIN) 1HD1KHM11DB656152, titled in the name of Brandon

Dion Lewis;

B.    REAL PROPERTY

All that lot or parcel of land, together with all buildings, appurtenances,

improvements, fixtures, attachments and easements attached thereto, more

particularly described as:

Real property located at 3909 35th Avenue North, Birmingham, Alabama

35217, further described as:

> Lot 14, 15, and 16 of Block 3, according to Hillside Land
> Companies addition to Inglenook, as recorded in Map Book 15,
> Page 34 in the Probate Office of Jefferson County, Alabama,
> more particularly described as follows: begin at the NE corner
> of said 14; run thence west along the north line of said lot 14, a
> distance of 48.71 ft.; thence south parallel with the east line of
> lots 14, 15, and 16 a distance of 135 ft.; thence east parallel with
> the north line of said lot 14, a distance of 48.71 ft. to the east
> line of said lot 16; thence north 135 ft. along the east lines of
> lots 16, 15, and 14 to the point of beginning;

Real property located at 356 Killough Drive, Birmingham, 35215, further

described as:

> Lot 33B, according to the resurvey of Lot 33, Killough Springs,
> first edition, as recorded in Map Book 135, Page 24, in the
> Office of the Judge of Probate of Jefferson County, Alabama;

3.    If any of the above-described forfeitable property, as a result of any act

or omission of the defendant(s):

      a.    cannot be located upon the exercise of due diligence;

      b.    has been transferred, or sold to, or deposited with, a third party;

      c.    has been placed beyond the jurisdiction of the court;

      d.    has been substantially diminished in value; or

      e.    has been commingled with other property which cannot be

           divided without difficulty;

it is the intent of the United States to seek forfeiture of any other property of said

defendant(s) up to the value of the forfeitable property described above.

All in accordance with Title 18, United States Code, Section 982(a)(1).


A TRUE BILL


/s/
FOREMAN OF THE GRAND JURY      JOYCE WHITE VANCE
      United States Attorney


      /s/
      GREGORY R. DIMLER
      Assistant United States Attorney


      /s/
      E. WILSON HUNTER
      Assistant United States Attorney

28